# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2285
LT Case No. 2013-CF-002406-A

———————————————

DARWIN J. FIFIELD, SR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Darwin J. Fifield, Sr., Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona General, for Appellee.

February 13, 2026

PER CURIAM.

Due to Appellant's apparent abuse of the legal process by his repetitive and frivolous pro se filings attacking the judgments and sentences entered in Marion County Court Case Number 2013-CF-002406-A, this Court issued an order dated November 4, 2025, directing Appellant to show cause why he should not be prohibited

from future pro se filings in this case. Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Appellant is abusing the judicial process and should be barred from further pro se filings in this case.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se appeals, petitions, pleadings, or motions pertaining to the convictions and sentences rendered in Marion County Court Case Number 2013-CF-002406-A. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").

APPELLANT PROHIBITED.

JAY, C.J., and MAKAR and MACIVER, JJ., concur.